JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSA COHEN OLIFF, as trustee of the Alisso Cohen Oliff Living Trust, Dated October 19, 1989,<br><br>   Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., as successor in interest to Washington Mutual Bank, F.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for WAMU Mortgage Pass-Though Certificates, Series 2005-AR4,<br><br>   Defendants. | CV 11-9409 PA (VBKx)<br><br>JUDGMENT |

Pursuant to the Court's March 19, 2012 Minute Order granting the Motion to Dismiss the First Amended Complaint filed by defendants JPMorgan Chase Bank, N.A. ("Chase"),[1/] and Deutsche Bank National Trust Co., as trustee for the benefit of WAMU Mortgage Pass-Through Certificates, Series 2005-AR4 ("Deutsche") (collectively "Defendants"), which

---

[1/]   Chase asserts that it is erroneously sued as "JPMorgan Chase Bank, N.A. as successor in interest to Washington Mutual Bank, F.A.," and instead asserts that its proper designation is "JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver."

1 | dismissed all of the claims asserted by plaintiff Alissa Cohen Oliff, as trustee of the Alissa
2 | Cohen Oliff Living Trust, Dated October 19, 1989 ("Plaintiff"),
3 |     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall
4 | have judgment in their favor against Plaintiff.
5 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims
6 | are dismissed with prejudice.
7 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
8 | nothing and that Defendants shall have their costs of suit.
9 |     IT IS SO ORDERED.
10 |
11 | DATED: March 19, 2012      _____
12 |                      Percy Anderson
                   UNITED STATES DISTRICT JUDGE